UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| Donna Ladka, | ) | |
| | ) | CIVIL ACTION NO. 2:17-cv-00164 |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| Gifford Medical Center | ) | |
| Defendant | ) | |

EVALUATOR'S REPORT

Please select one:

__X__ First Session Report
_____ Second Session Report
_____ Third Session Report
_____ Corrected/Revised Report
_____ Supplemental Report
_____ Other

Michael J. Marks, Esquire, the Early Neutral Evaluator, reports pursuant to Local Rule 16.1 (j) on the ENE session in this matter as follows:

**(j)(1)(A):**  **Date of session:**         **Start time:**         **Finish time:**

June 8, 2018         9:00 a.m.         5:15 p.m.

**(j)(1)(B):**  **Names of attendees:**   **Role:**         **Settlement authority:**
                                                                                    (check only where applicable)

Donna Ladkai         Plaintiff         X

Norman Watts, Esq.         Counsel for Plaintiff

Daniel Bennett         Representative for Defendant         X

Sophie Duffy, Esq.         Counsel for Defendant

Elizabeth Rattigan, Esq.         Counsel for Defendant

**(j)(1)(C):**    **Substitute arrangements regarding attendance:** N/A

**(j)(1)(D):**    **Date parties' Evaluation Statements received by Evaluator:**

Early neutral evaluation statements were filed in a timely manner and allowed for adequate preparation by the evaluator.

(j)(1)(E):  **Oral presentations:** By all Parties

(j)(1)(F):  **Results of session:**
(j)(1)(F)(i):  _X_ Full settlement

___Partial settlement

___No Settlement

(j)(1)(F)(ii):  **Stipulation to narrow the scope of dispute:**  _____N/A

(j)(1)(F)(iii):  **Agreement to limit discovery, facilitate future settlement, or otherwise reduce cost and delay related to trial preparation:**

**Scheduling another ENE session:**  _____Yes  _____NO

**Other comments:** (please refer to L.R. 16.1 (j)(2)):

Dated at Middlebury, Vermont on this 12th day of June, 2018

*Michael Marks,*
Michael J. Marks, Esq.
Evaluator

*KB*