UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Donna D. Ladka )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Gifford Medical Center, Inc., )<br>)<br>Defendant. ) | Case No. 2:17-cv-164 |

## STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that all claims asserted, and all claims that could have been asserted, in this action shall be and hereby are dismissed WITH PREJUDICE, each party bearing its own costs and fees and hereby waiving all rights to appeal.

Dated: July 2, 2018

/s/Norman E. Watts
Norman E. Watts, Esq.
Watts Law Firm, PC
PO Box 270
Woodstock, VT  05091

ATTORNEY FOR PLAINTIFF

Dated: July 2, 2018

DOWNS RACHLIN MARTIN PLLC

By /s/Elizabeth K. Rattigan
Elizabeth K. Rattigan
67 Etna Road
Suite 300
Lebanon, NH 03766-1461
Telephone:  (603) 448-2211
Fax:  (603) 448-9967

ATTORNEYS FOR DEFENDANT
GIFFORD MEDICAL CENTER, INC.

18384800.1